IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01483-EWN-BNB

ROGER WIENER,

Plaintiff,

v.

SUNLIGHT, INC.,

Defendant.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant's Request for Leave to Amend Answer** [docket no. 12, filed September 19, 2008] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attachment to document 12, the defendant's Amended Answer and Jury Demand.


DATED:  September 19, 2008