IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01483-CMA-BNB

ROGER WIENER,

Plaintiff,

v.

SUNLIGHT, INC.,

Defendant.

## ORDER

This matter arises on the plaintiff's **Unopposed Motion to Extend Time for Filing Expert Reports and All Other Current Scheduling Deadlines** [Doc. # 24, filed 3/9/2009] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

The plaintiff has requested a prolonged extension of 90 days of all of the pretrial deadlines. At the hearing this morning, plaintiff's counsel indicated that in view of the plaintiff's injuries and likely course of treatment, additional extensions will also be necessary. Consistent with my oral rulings:

IT IS ORDERED that the Motion is DENIED without prejudice, to allow the parties an opportunity to consider and seek administrative closure of the case pursuant to D.C.COLO.LCivR 41.2 until the plaintiff's injuries are diagnosed and treated sufficiently to allow the case to proceed to trial.

Dated March 25, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge