# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 08-cv-01483-CMA-BNB

ROGER WIENER,

    Plaintiff,

v.

SUNLIGHT, INC.,

    Defendant.

---

## ORDER OF ADMINISTRATIVE CLOSURE

---

This matter is before the Court on Plaintiff's Unopposed Motion to Administratively Close Case Subject To Reopening Upon Plaintiff Achieving Maximum Medical Improvement (Doc. # 33). Upon review of the motion and the file, the Court finds that this case should be administratively closed. Accordingly,

IT IS ORDERED that the motion is GRANTED and the Clerk of the Court shall administratively close this action.

DATED: March __27__, 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge