IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01483-CMA-BNB

ROGER WIENER,

Plaintiff,

v.

SUNLIGHT, INC.,

Defendant.

_____

# ORDER
_____

This matter was reopened on the order of the district judge [Doc. # 36, filed 5/5/2010] following administrative closure. The parties appeared at a status conference this morning, and the case schedule was modified to the following extent:

        Discovery Cut-Off:        September 30, 2010

        (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

        Dispositive Motions Deadline:        September 30, 2010

        Expert Disclosures:

        (a)    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 30, 2010

        (b)    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 30, 2010

        Settlement Conference: Will be set at the request of the parties.

Final Pretrial Conference: A final pretrial conference will be held in this case on November 1, 2010, at 9:00 a.m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than October 25, 2010.

SO ORDERED.

Dated May 26, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge