IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-01483-CBS-BNB

ROGER WIENER,
    Plaintiff,
v.

SUNLIGHT, INC.,
    Defendant.
_____

ORDER OF REFERENCE AND ORDER
_____

    This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

    On June 16, 2010, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* doc. # 41).  All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117.  All future filings in this case shall be filed in the United States District Court for the District of Colorado under the case caption **Civil Action No. 08-cv-01483-CBS-BNB**.

II.     Order of Reference

The Order of Reference dated July 17, 2008 (doc. # 2) is hereby VACATED. This matter is now referred to United States Magistrate Judge Boyd N. Boland *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case. No settlement conference is currently set. (*See* doc. # 39 ("Settlement Conference: Will be set at the request of the parties.")).

III.    Order

1. The deadlines and settings set forth in the Order dated May 26, 2010 (doc. # 39) remain unchanged. The Final Pretrial Conference set on Monday November 1, 2010 at 9:00 a.m. will take place before Magistrate Judge Shaffer in Courtroom A-402.

2. A Telephone Status Conference shall be held by Magistrate Judge Shaffer in Courtroom A-402 on **Monday July 12, 2010 at 10:00 a.m.** Counsel for the parties shall create a conference call among themselves and then call the court at (303) 844-2117 at the scheduled time. The parties are advised that a trial date will be set during the Telephone Status Conference.

DATED at Denver, Colorado, this 21st day of June, 2010.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge