IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01483-CMA-BNB

ROGER WIENER,

Plaintiff,

v.

SUNLIGHT, INC.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Vacate Settlement Conference of January 3, 2011** [docket no. 57, filed December 9, 2010] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for January 3, 2011, is **VACATED**.

DATED:  December 10, 2010