**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 08-cv-01483-CBS-BNB | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** March 14, 2011 | **Courtroom Deputy:** Linda Kahoe |

ROGER WIENER,                               James Garrett Heckbert

    Plaintiff,

    v.

SUNLIGHT, INC.,                             Kimberly A. Viergever

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  TELEPHONIC MOTIONS HEARING**
**Court in session:     3:03 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Plaintiff's Motion to File Surreply and Surreply to Defendant's Motion to Reduce Verdict, doc #[123], filed 3/3/2011.

**ORDERED:** Plaintiff's Motion to File Surreply and Surreply to Defendant's Motion to Reduce Verdict, doc #[123], is **DENIED AS MOOT**.

Discussion and arguments regarding Plaintiff's Amended Motion for Leave to File Surreply to Defendant's Motion to Reduce Verdict, doc #[125], filed 3/4/2011.

**ORDERED:** Plaintiff's Amended Motion for Leave to File Surreply to Defendant's Motion to Reduce Verdict, doc #[125] is **GRANTED**.  Doc #[125-1] is **ACCEPTED FOR FILING**.  The court will accept Defendant's Response, doc #[129].  The briefing on Motion #[125] is complete.

**ORDERED:** A Motions Hearing is set for **Thursday, APRIL 21, 2011 at 1:30 p.m.** on the following motions:

Motion to Reduce Verdict in Accordance With Damage Cap, doc #[112]
Motion to Amend the Final Judgment to Add Prejudgment Interest, doc #[115]
Motion for Review of Clerk's Determination of Bill of Costs, doc #[126]
Motion to Alter/Amend Judgment for a New Trial, and for Remittitur, doc #[127]

**Counsel must be physically present for this hearing.**

HEARING CONCLUDED.

**Court in recess**:   3:12 p.m.
Total time in court:   00:09

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.

Case 1:08-cv-01483-CBS-BNB   Document 130   Filed 03/14/11   USDC Colorado   Page 2 of 2