**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  08-cv-01483-CBS-BNB** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  April 21, 2011** | **Courtroom Deputy:**  Linda Kahoe |
| | |
| ROGER WIENER, | James Garrett Heckbert |
| Plaintiff, | |
| v. | |
| SUNLIGHT, INC., | Kimberly A. Viergever |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:        1:28 p.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Defendant's Motion to Reduce Verdict in Accordance With Damage Cap, doc #[112], filed 2/2/2011.

Defendant's Motion to Reduce Verdict in Accordance With Damage Cap, doc #[112], is taken under advisement.  The court will issue a written opinion.

Discussion and arguments regarding Plaintiff's Motion to Amend the Final Pretrial Judgment to Add Prejudgment Interest, doc #[115], filed 2/9/2011.

Plaintiff's Motion to Amend the Final Pretrial Judgment to Add Prejudgment Interest, doc #[115], is taken under advisement.  The court will issue a written opinion.

Discussion and arguments regarding Plaintiff's Motion for Review of Clerk's Determination of Bill of Costs, doc #[126], filed 3/8/2011.

Plaintiff's Motion for Review of Clerk's Determination of Bill of Costs, doc #[126], is taken under advisement.  The court will issue a written opinion.

Discussion and arguments regarding Defendant's Motion to Alter/Amend Judgment for a New Trial, and for Remittitur, doc #[127], filed 3/8/2011.

Defendant's Motion to Alter/Amend Judgment for a New Trial, and for Remittitur, doc #[127], is taken under advisement. The court will issue a written opinion.

HEARING CONCLUDED.

**Court in recess**:     **2:17 p.m.**
Total time in court:    00:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.